## Edwin O. Michener, Assignee, Plff. in Err., *v.* John G. Michener et ux.

Evidence held insufficient to rebut presumption of payment.

(Decided January 25, 1886.)

Error to the Common Pleas, No. 1, of Philadelphia County to review a judgment for defendants in a scire facias to renew a mortgage. Affirmed.

*Hunn Hanson* for plaintiff in error.

*S. N. Rich* for defendants in error.

PER CURIAM:

There was no error in rejecting the evidence. It was wholly insufficient to rebut the presumption of payment. It indicates a desire to have the mortgage satisfied of record, but not an admission that it was unpaid. We discover no error in the charge, nor in directing the jury to render a verdict in favor of the defendants. The other specifications of error have no merit.

Judgment affirmed.

Cited in Gregory v. Com. 121 Pa. 611, 624, 6 Am. St. Rep. 804, 15 Atl. 452.